IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | : | Case No. 2:20 mj. 723 |
| U.S. Postal Service Priority Mail parcel | : | |
| 9505 5131 2052 0287 4322 15 addressed to | : | Magistrate Judge Jolson |
| "Patrick Jones", 3447 Liv Moor Drive, | : | |
| Columbus, OH 43227 | : | **UNDER SEAL** |

## MOTION TO SEAL SEARCH WARRANT

The United States respectfully requests that the Application, Affidavit in support thereof, Search and Seizure Warrant, and all Attachments referenced in the above-captioned case be sealed.

This case involves an ongoing investigation into drug trafficking and such investigation would be compromised if the existence of the Search Warrant became known.

For this reason, the government requests the file in this case be sealed.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

_s/ Sheila G. Lafferty_
SHEILA G. LAFFERTY
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Sheila.lafferty@usdoj.gov